O

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 6-23-15

DEPUTY CLERK

FILED
CLERK, U.S. DISTRICT COURT

JUN 2 3 2015

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MICHAEL LE MON BURROUGHS,

          Petitioner,

vs.

RON DAVIS (Warden),

          Respondent.

Case No. EDCV 15-0967-CJC (RNB)

ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a _de novo_ review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered summarily dismissing this action pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: June 18, 2015

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE