JS-6
Entered

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 6-23-15

DEPUTY CLERK

FILED
CLERK, U.S. DISTRICT COURT
JUN 2 3 2015
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LE MON BURROUGHS,<br><br>    Petitioner,<br><br>vs.<br><br>RON DAVIS (Warden),<br><br>    Respondent. | Case No. EDCV 15-0967-CJC (RNB)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: June 18, 2015

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE